# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Hurley Enterprises, Inc., d/b/a | ) | |
| Hurley's Oilfield Services, | ) | Case No. 4:13-cr-001 |

_____

On January 4, 2013, the Government filed an Information charging Hurley Enterprises, Inc. with illegally disposing domestic sewage in violation of 33 U.S.C. §§ 1319(c)(2)(A) and 1345(e). It also filed a supporting affidavit from Robert Marsden, Special Agent for the United States Environmental Protection Agency.

Special Agent Marsden's affidavit establishes probable cause to believe that Hurley Enterprises, Inc. may have committed the offense charged in the Information. Accordingly, court therefore authorizes the Clerk's office to issue a summons for Hurley Enterprises, Inc.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2013.

                                                   _/s/ Charles S. Miller, Jr._
                                                  Charles S. Miller, Jr.
                                                  United States Magistrate Judge